**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| SAMUEL R. LAW, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV426-013 |
| | ) | |
| CHATHAM COUNTY | ) | |
| DETENTION CENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

*Pro se* plaintiff Samuel R. Law, Jr. filed this case asserting 42 U.S.C. § 1983 claims related to a seizure he suffered while incarcerated. *See generally* doc. 1. The Court granted him leave to proceed *in forma pauperis* and directed him to complete and return the necessary forms. *See generally* doc. 4. He did not return the forms timely. *See generally* docket. The prior Order warned him that failure to comply timely would result in dismissal of his case. *See* doc. 4 at 5.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo*

*v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Plaintiff's failure to comply with the Court's Order and prosecute this case provides a sufficient reason to dismiss his Complaint.

Accordingly, Plaintiff's Complaint, doc. 1, is **DISMISSED** for failing to obey a court order and failing to prosecute his case. *See, e.g.*, Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 17th day of August, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA